■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALVIN JOHNSON, Appellant.—Judgment unanimously affirmed *(see, People v Harris,* 139 AD2d 897; *People v Presley,* 136 AD2d 949). (Appeal from judgment of Monroe County Court, Celli, J.—kidnapping, first degree.) Present—Dillon, P. J., Doerr, Green, Pine and Davis, JJ.